# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 7, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136971 & (19)(20)(23)

CITY OF ECORSE,
          Plaintiff-Appellee,

v

          SC: 136971
          COA: 286386
          Wayne CC: 08-104027-CZ

ECORSE BROWNFIELD REDEVELOPMENT
AUTHORITY, ECORSE COMMUNITY
DEVELOPMENT CORPORATION,
          Defendants-Appellants.

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The motion for leave to file a reply brief exceeding the page limit is DENIED. The application for leave to appeal the July 18, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion for stay of proceedings pending appeal is DENIED.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 7, 2008

_____
Clerk

p0806